MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

THOMAS A. COLTHURST (CABN 99493)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408)-535-5065
   Fax: (408)-535-5066
   E-Mail: tom.colthurst@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-00824-DLJ |
|    Plaintiff, ) | STIPULATION AND [] |
| v. ) | ORDER CHANGING STATUS HEARING FROM JULY 26, 2012, AT 9:00 A.M. TO |
| LORENZO RAUL URISTA, ) | AUGUST 23, 2012 AT 9:00 A.M. AND EXCLUDING TIME FROM JULY 26, |
|    Defendant. ) | 2012 TO AUGUST 23, 2012 |

     The defendant LORENZO RAUL URISTA, represented by Shari L. White, Esq., and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully request that the that the July 26, 2012, status hearing for LORENZO RAUL URISTA be rescheduled to August 23, 2012, at 9:00 a.m., and that a time exclusion order be issued that would exclude time under the Speedy Trial Act from July 26, 2012, to August 23, 2012, to permit the parties the reasonable time necessary for effective preparation.

 ////

 ////

*US v. Plancarte,* CR 10-00824-DLJ
Stipulation and [] Order re Status Hearing

SO STIPULATED:

Dated: July 17, 2012                /S/
                                    Thomas A. Colthurst
                                    Assistant United States Attorney


Dated: July 17, 2012                /S/
                                    Shari L. White, Esq.
                                    Attorney for Defendant

## **ORDER**

Based upon the stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED THAT the status hearing in this case be rescheduled from July 26, 2012, at 9:00 a.m. to August 23, 2012 at 1:30 p.m.

For good cause shown, the Court further finds that failing to exclude the time between July 26, 2012 and August 23, 2012, would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time between July 26, 2012 and August 23, 2012, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY FURTHER ORDERED that the time between July 26, 2012 and August 23, 2012, shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: _____

                                    _____
                                    THE HONORABLE D. LOWELL JENSEN
                                    United States District Judge

*US v. Plancarte,* CR 10-00824-DLJ
Stipulation and [] Order re Status Hearing